# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201800008

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### RAYMOND A. DILLARDCASEY
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E. H. Robinson Jr., USMC.
Convening Authority: Commanding Officer, III Marine Expeditionary
Force Headquarters Group, III Marine Expeditionary Force, Marine
Corps Forces Pacific, Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Christopher B. Shaw, USMC.
For Appellant: Commander Brian L. Mizer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 15 May 2018

———————————————

Before MARKS, PRICE, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order will reflect that the military judge considered specifications 1 and 2 of Charge II as one offense for sentencing purposes. Additionally, the supplemental court-martial order will reflect that a DNA sample is ordered collected from Lance Corporal Raymond A. Dillardcasey, United States Marine Corps.

For the Court



R.H. TROIDL
Clerk of Court